IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALJAWON DAWAYNE MILES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRANCE WALKER )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:18-cv-973-WHA<br>(wo) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of November, 2021.

 /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE